JOURNAL PRINTING COMPANY, a corporation under the laws of the State of Delaware, defendant below, plaintiff in error, *vs.* THE DUPLEX PRINTING PRESS COMPANY, a corporation under the laws of Michigan, plaintiff below, defendant in error.*

Judgment of Court below affirmed.

(*June 19, 1900.*)

NICHOLSON, CH., and SPRUANCE and GRUBB, J. J., sitting.

*Lewis C. Vandegrift* for plaintiff in error.

*Harry Emmons* for defendant in error.

Supreme Court, June Term, 1900.

* For report of case in the Court below, see *1 Pennewill, 565.*

WRIT OF ERROR to the Superior Court in and for New Castle County.

Action of replevin was brought in the Court below by the defendant in error in which it sought to recover from the Journal Printing Company, plaintiff in error, the possession of a certain printing press, or the value thereof, basing its right to so recover upon the written instrument, as set out in the report of the case in the Court below.

The jury rendered a verdict in favor of the plaintiff below for $4000. Whereupon motions were made on behalf of defendant below for a new trial and in arrest of judgment, which motions the Court below refused.

After argument by the respective counsel, the Supreme Court announced their decision as follows:

NICHOLSON, CH.:—In the case of Journal Printing Company vs. The Duplex Printing Press Company the Court have arrived at a unanimous conclusion, which I will now announce. The judgment of the Court below is affirmed. Inasmuch as the reasoning of the Court below has been approved by the Supreme Court, we have not deemed it necessary or expedient to prepare an opinion but simply sustain the opinion of the Court below.

Judgment below affirmed.